# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PASSO, JAMES | § | Case No. 11-28556 |
| PASSO, ROSA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH R. VOILAND_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-28556  RG  Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: | PASSO, JAMES | Date Filed (f) or Converted (c): 07/11/11 (f) |
| | PASSO, ROSA | 341(a) Meeting Date: 08/16/11 |
| For Period Ending: | 08/19/12 | Claims Bar Date: 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4N628 Blue Lake Circle East, St. Charles, IL | 420,608.75 | 0.00 | DA | 0.00 | FA |
| 2. Old Second Bank = ITF Giovanian Giudice | 15.30 | 0.00 | DA | 0.00 | FA |
| 3. Old Second Bank = Minor Account Custodian Rose | 160.49 | 0.00 | DA | 0.00 | FA |
| 4. Old Second Bank = Minor Account Custodian Rose | 100.30 | 0.00 | DA | 0.00 | FA |
| 5. Old Second National Bank | 895.47 | 895.47 | DA | 0.00 | FA |
| 6. household goods | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7. wearing apparel | 750.00 | 0.00 | DA | 0.00 | FA |
| 8. Man & Womans wedding rings, misc. gold jewelry | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9. ING IRA (H) | 4,399.60 | 0.00 | DA | 0.00 | FA |
| 10. ING IRA (W) | 4,399.60 | 0.00 | DA | 0.00 | FA |
| 11. 2002 Big Tex Trailer | 500.00 | 500.00 | DA | 0.00 | FA |
| 12. 2004 Ford Excursion | 5,475.00 | 2,075.00 | DA | 0.00 | FA |
| 13. 2005 Mercedes-Benz E-Class E 500 | 10,625.00 | 0.00 | DA | 0.00 | FA |
| 14. 2008 Hyundai Tiburon GT Hatchback | 13,475.00 | 0.00 | DA | 0.00 | FA |
| 15. 1998 Alum. Fishing Boat | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 16. 2003 Ranger Trailer | 200.00 | 200.00 | DA | 0.00 | FA |
| 17. stock - Pizza Cucina (u) | 0.00 | 20,000.00 | | 10,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $468,304.51 | $23,670.47 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/12    Current Projected Date of Final Report (TFR): 09/15/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                 Ver: 16.05c

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-28556 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PASSO, JAMES | | Bank Name: | The Bank of New York Mellon |
| | PASSO, ROSA | | Account Number / CD #: | *******3965 Money Market Account |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 08/19/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/17/12 | 17 | Colette Luchetta-Stendel | stock purchase - initial payment | 1229-000 | 2,000.00 | | 2,000.00 |
| | | | DEPOSIT CHECK #22655 | | | | |
| 01/25/12 | | Transfer to Acct #*******5395 | Bank Funds Transfer | 9999-000 | | 2,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,000.00 | 2,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,000.00 | |
| Subtotal | 2,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,000.00 | 0.00 | |

Page Subtotals  2,000.00  2,000.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-28556 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | PASSO, JAMES | | Bank Name: | Congressional Bank |
| | PASSO, ROSA | | Account Number / CD #: | *******5395 Checking Account |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 08/19/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3965 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 2,000.00 |
| 02/24/12 | 17 | JAMES PASSO 4N628 BLUE LAKE CIRCLE E ST. CHARLES, IL 60175 | | 1229-000 | 200.00 | | 2,200.00 |
| 03/10/12 | 17 | JAMES PASSO 4N628 BLUE LAKE CIRCLE E ST. CHARLES, IL 60175 | | 1229-000 | 200.00 | | 2,400.00 |
| 04/12/12 | 17 | James A passo | | 1229-000 | 200.00 | | 2,600.00 |
| 05/10/12 | 17 | JAMES PASSO 4N628 BLUE LAKE CIRCLE E ST. CHARLES, IL 60175 | | 1229-000 | 200.00 | | 2,800.00 |
| 06/26/12 | 17 | JAMES PASSO 4N628 BLUE LAKE CIRCLE E ST. CHARLES, IL 60175 | | 1229-000 | 7,200.00 | | 10,000.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 10,000.00 | 0.00 | 10,000.00 |
| Less: Bank Transfers/CD's | 2,000.00 | 0.00 | |
| Subtotal | 8,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - *******3965 | 2,000.00 | 0.00 | 0.00 |
| Checking Account - *******5395 | 8,000.00 | 0.00 | 10,000.00 |
| | 10,000.00 | 0.00 | 10,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    10,000.00    0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 11-28556 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PASSO, JAMES | | Bank Name: | Congressional Bank |
| | PASSO, ROSA | | Account Number / CD #: | *******5395  Checking Account |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 08/19/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - ********3965

Checking Account - ********5395

| | | | Page Subtotals | | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 19, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-28556  
Debtor Name: PASSO, JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,997.89 | $0.00 | $1,997.89 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $11,572.53 | $0.00 | $11,572.53 |
| 000003<br>070<br>7100-00 | McMahan & Sigunick, Ltd<br>Bernhard Plumbing<br>412 S. Wells Street<br>Chicago, IL 60607 | Unsecured | | $8,634.09 | $0.00 | $8,634.09 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,120.72 | $0.00 | $4,120.72 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,375.58 | $0.00 | $4,375.58 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5,710.99 | $0.00 | $5,710.99 |
| 000007<br>070<br>7100-00 | Illinois Gastroenterology Group<br>PO Box 7630<br>Gurnee, IL 60031 | Unsecured | | $467.00 | $0.00 | $467.00 |
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $18,568.95 | $0.00 | $18,568.95 |
| 000009<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $6,069.83 | $0.00 | $6,069.83 |
| 000010<br>070<br>7100-00 | Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $3,416.00 | $0.00 | $3,416.00 |
| 000011<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,725.25 | $0.00 | $2,725.25 |
| 000012<br>070<br>7100-00 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68521-2609 | Unsecured | | $3,258.74 | $0.00 | $3,258.74 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 19, 2012 |

Case Number:   11-28556  
Debtor Name:   PASSO, JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Nealis & Garrow, P.C. 510 South Batavia Avenue Batavia, Illinois 60510 | Unsecured | | $4,119.68 | $0.00 | $4,119.68 |
| 000014 070 7100-00 | Nealis & Garrow, P.C. 510 South Batavia Avenue Batavia, Illinois 60510 | Unsecured | | $350.00 | $0.00 | $350.00 |
| 000015 070 7100-00 | Nealis & Garrow, P.C. 510 South Batavia Avenue Batavia, Illinois 60510 | Unsecured | | $560.00 | $0.00 | $560.00 |
| | Case Totals: | | | $75,947.25 | $0.00 | $75,947.25 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-28556
Case Name: PASSO, JAMES
　　　　　　　PASSO, ROSA
Trustee Name: JOSEPH R. VOILAND

　　　　　　Balance on hand　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

　　　Total to be paid for chapter 7 administrative expenses　　　$_____
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　must be paid in advance of any dividend to general (unsecured) creditors.

　　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000002 | American InfoSource LP as agent for | $ | $ | $ |
| 000003 | McMahan & Sigunick, Ltd | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | Illinois Gastroenterology Group | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000009 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000010 | Merrick Bank | $ | $ | $ |
| 000011 | GE Capital Retail Bank | $ | $ | $ |
| 000012 | WORLD'S FOREMOST BANK | $ | $ | $ |
| 000013 | Nealis & Garrow, P.C. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Nealis & Garrow, P.C. | $ | $ | $ |
| 000015 | Nealis & Garrow, P.C. | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____


Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE