UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PASSO, JAMES § Case No. 11-28556
PASSO, ROSA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/15/2012 in Courtroom 250,
  United States Courthouse
  c/o Kane County Courthouse
  100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/07/2012          By: Kenneth S. Gardner
                                     Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PASSO, JAMES § Case No. 11-28556
PASSO, ROSA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 126.36 | $ 0.00 | $ 126.36 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,876.36 |
| Remaining Balance | $ 8,123.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,947.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 1,997.89 | $ 0.00 | $ 213.70 |
| 000002 | American InfoSource LP as agent for | $ 11,572.53 | $ 0.00 | $ 1,237.85 |
| 000003 | McMahan & Sigunick, Ltd | $ 8,634.09 | $ 0.00 | $ 923.54 |
| 000004 | Capital One Bank (USA), N.A. | $ 4,120.72 | $ 0.00 | $ 440.77 |
| 000005 | Capital One Bank (USA), N.A. | $ 4,375.58 | $ 0.00 | $ 468.03 |
| 000006 | Capital One Bank (USA), N.A. | $ 5,710.99 | $ 0.00 | $ 610.87 |
| 000007 | Illinois Gastroenterology Group | $ 467.00 | $ 0.00 | $ 49.95 |
| 000008 | FIA CARD SERVICES, N.A. | $ 18,568.95 | $ 0.00 | $ 1,986.21 |
| 000009 | FIA CARD SERVICES, N.A. | $ 6,069.83 | $ 0.00 | $ 649.26 |
| 000010 | Merrick Bank | $ 3,416.00 | $ 0.00 | $ 365.39 |
| 000011 | GE Capital Retail Bank | $ 2,725.25 | $ 0.00 | $ 291.50 |
| 000012 | WORLD'S FOREMOST BANK | $ 3,258.74 | $ 0.00 | $ 348.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Nealis & Garrow, P.C. | $ 4,119.68 | $ 0.00 | $ 440.66 |
| 000014 | Nealis & Garrow, P.C. | $ 350.00 | $ 0.00 | $ 37.44 |
| 000015 | Nealis & Garrow, P.C. | $ 560.00 | $ 0.00 | $ 59.90 |

Total to be paid to timely general unsecured creditors     $     8,123.64

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                                                                                     Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 11-28556-MB
James Passo                                               Chapter 7
Rosa Passo
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: csimmons            Page 1 of 3        Date Rcvd: Oct 10, 2012
                             Form ID: pdf006           Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2012.
db/jdb       +James Passo,   Rosa Passo,   4N628 Blue Lake Circle E,   St. Charles, IL 60175-7640
17528362      Alexian Medical Center,   340 Salt Creek Lane,   Arlington Hts, IL  60005
17528363     +Avanta Credit Cards,   PO Box 5657`,   Hicksville, NY 11802-5657
17528367     +CEP America-Illinois PC,   PO Box 582663,   Modesto, CA 95358-0070
17528365     +Cabela's Club Visa,   PO Box 82519,   Lincoln, NE 68501-2502
17528366      Capital One Bank,   P.O. Box 6492,   Carol Stream, IL  60197-6492
18910686      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
17528368     +Chase Bank,   P.O. Box 15153,   Wilmington, DE 19886-5153
17528369      CitiBusiness Card,   PO Box 688901,   DesMoines, IA 50368-8901
17528361     +Colette Luchetta-Stendel,   Attorney at Law,   45 East Maple Street,   Lombard, IL 60148-2609
17528370      Consultants In Cardiovascular Medicine,   PO Box 3170,   Carol Stream, IL  60132-3170
17681381     +DCFS USA, L.L.C.,   c/o Riezman Berger P.C.,   7700 Bonhomme Ave, 7th Floor,
               St. Louis, MO 63105-1960
17528371     +Dykema,   400 Renaissance Center,   Detroit, MI 48243-1603
17528372      Elk Grove Lab Physicians PC,   Dept 77-9154,   Chicago, IL  60678-0001
17528373      Elk Grove Radiology SC,   75 Remittance Dr. Suite 6500,   Chicago, IL 60675-6500
18983420      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17528374     +Family Chiropractic Center,   329 Randall Rd.,   South Elgin, IL 60177-2248
17528378      HSBC,   PO Box 17298,   Baltimore, MD  21297-1298
17528377     +Home Depot USA,   Store Support Center,   2455 Paces Ferrry Road,   Atlanta, GA 30339-1834
17528379      Illinois Department Of Revenue,   Springfield, IL 62794-9023
18911432     +Illinois Gastroenterology Group,   PO Box 7630,   Gurnee, IL 60031-7002
17528381     +MB Financial Service,   PO Box 961,   Roanoke, TX 76262-0961
17528384      MERCEDES-BENZ FINANCIAL SERVICE,   PO Box 9001680,   Louisville, KY  40290-1680
17528380     +Malcolm Gerald & Associates, Inc.,   332 South Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
17528383     +McMahan & Sigunick, Ltd,   Bernhard Plumbing,   412 S. Wells Street,   Chicago, IL 60607-3972
17528385      Meyer & Njus P.A,   1100U.S. Bank Plaza,   Minneapolis, MN  55402
17528386     +Muzak OA,   3318 Lakemont Blvd.,   Fort Mill, SC 29708-8309
17528388     +Nealis & Garrow PC,   510 S. Batavia Avenue,   Batavia, IL 60510-2902
19184226     +Nealis & Garrow, P.C.,   510 South Batavia Avenue,   Batavia, Illinois 60510-2902
17528389     +Northwest Catawba Marina Inc,   1560 NW Catawba Road,   Port Clinton, OH 43452-2822
17528390     +Northwest Gastroenterologists,   PO Box 7630,   Gurnee, IL 60031-7002
17528392     +PNC Bank,   4661 East Main Street,   Columbus, OH 43251-0001
17528359     +Passo James,   4N628 Blue Lake Circle E,   St. Charles, IL 60175-7640
17528360     +Passo Rosa,   4N628 Blue Lake Circle E,   St. Charles, IL 60175-7640
17528391      Physician Anesthesia Assoc.,   Department 4330,   Carol Stream, IL 60122-4330
17528393     +Rainmaker,   PO Box 721218,   Berkley, MI 48072-0218
17528394     +Shearer & Agrella,   4N701 School Road,   St. Charles, IL 60175-6508
17528395     +Stanislaus Credit Control Service,   914 14th Street,   Modesto, CA 95354-1011
17528396      Target National Bank,   P.O.Box 673,   Minneapolis, MN  55440-0673
17528397      US Bank,   101 5th  A,   Minneapolis, MN 55101
17528401     ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,   6565 Brady Street,   Davenport, IA  52806-2054)
17528398     +Valpak,   12 Salt Creek Lane, Ste. 325,   Hinsdale, IL 60521-3783
17528399     +Vengroff Williams & Associates, Inc.,   777 Larkfield Road, Ste 116,   Commack, NY 11725-3194
17528400      Victoria's Secret,   P.O. Box 659728,   San Antonio, TX  78265-9728
19095227     +WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18848256       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2012 04:08:34
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
19069270       E-mail/PDF: rmscedi@recoverycorp.com Oct 11 2012 03:17:40     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17528375       E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2012 03:17:34     GE Money Bank,   PO Box 960061,
               Orlando, FL  32896-0061
17528376      +E-mail/Text: bankruptcy@gsb.com Oct 11 2012 04:53:02     Glenview State Bank,   800 Waukegan Rd,
               Glenview, IL 60025-4310
17528382      +E-mail/Text: bknotices@mbandw.com Oct 11 2012 05:07:26     McCarthy, Burgess & Wolff,
               26000 Cannon Road,   Cleveland, OH 44146-1807
18997077       E-mail/Text: bkr@cardworks.com Oct 11 2012 03:12:00     Merrick Bank,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
17528387      +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 11 2012 04:49:54
               NCOFinancial Systems, Inc.,   PO Box 12100 Dept. 64,   Trenton, NJ 08650-2100
18838903       E-mail/Text: bnc-quantum@quantum3group.com Oct 11 2012 04:29:54
               Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 8
```

```
District/off: 0752-1           User: csimmons                Page 2 of 3                   Date Rcvd: Oct 10, 2012
                               Form ID: pdf006               Total Noticed: 53

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17528364      ##Bank Of America,    P.O.Box 15026,    Wilmington, DE   19850-5026
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 12, 2012**                         **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons             Page 3 of 3                  Date Rcvd: Oct 10, 2012
                              Form ID: pdf006            Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2012 at the address(es) listed below:

      Colette  Luchetta-Stendel    on behalf of Debtor James Passo colette@ameritech.net
      Donald L. Newman    on behalf of Creditor  Glenview State Bank dnewmanassoc@yahoo.com,
       dnewmanassoc@yahoo.com
      Gloria C  Tsotsos    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION nd-three@il.cslegal.com
      Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
      Kathryn A Klein    on behalf of Creditor   DCFS USA, L.L.C. (DCFS) iln@riezmanberger.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                  TOTAL: 6