UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                         §
                                               §
PASSO, JAMES                                   §         Case No. 11-28556
PASSO, ROSA                                    §
                                               §
                                               §
_____Debtor(s)_____                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | FIA CARD SERVICES, N.A. | | | | | |
| 000011 | GE CAPITAL RETAIL BANK | | | | | |
| 000007 | ILLINOIS GASTROENTEROLOGY GROUP | | | | | |
| 000003 | MCMAHAN & SIGUNICK, LTD | | | | | |
| 000010 | MERRICK BANK | | | | | |
| 000015 | NEALIS & GARROW, P.C. | | | | | |
| 000014 | NEALIS & GARROW, P.C. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | NEALIS & GARROW, P.C. | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000012 | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-28556 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | PASSO, JAMES | | | Date Filed (f) or Converted (c): | 07/11/11 (f) |
| | PASSO, ROSA | | | 341(a) Meeting Date: | 08/16/11 |
| For Period Ending: | 08/19/12 | | | Claims Bar Date: | 07/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4N628 Blue Lake Circle East, St. Charles, IL | 420,608.75 | 0.00 | DA | 0.00 | FA |
| 2. Old Second Bank = ITF Giovanian Giudice | 15.30 | 0.00 | DA | 0.00 | FA |
| 3. Old Second Bank = Minor Account Custodian Rose | 160.49 | 0.00 | DA | 0.00 | FA |
| 4. Old Second Bank = Minor Account Custodian Rose | 100.30 | 0.00 | DA | 0.00 | FA |
| 5. Old Second National Bank | 895.47 | 895.47 | DA | 0.00 | FA |
| 6. household goods | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7. wearing apparel | 750.00 | 0.00 | DA | 0.00 | FA |
| 8. Man & Womans wedding rings, misc. gold jewelry | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9. ING IRA (H) | 4,399.60 | 0.00 | DA | 0.00 | FA |
| 10. ING IRA (W) | 4,399.60 | 0.00 | DA | 0.00 | FA |
| 11. 2002 Big Tex Trailer | 500.00 | 500.00 | DA | 0.00 | FA |
| 12. 2004 Ford Excursion | 5,475.00 | 2,075.00 | DA | 0.00 | FA |
| 13. 2005 Mercedes-Benz E-Class E 500 | 10,625.00 | 0.00 | DA | 0.00 | FA |
| 14. 2008 Hyundai Tiburon GT Hatchback | 13,475.00 | 0.00 | DA | 0.00 | FA |
| 15. 1998 Alum. Fishing Boat | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 16. 2003 Ranger Trailer | 200.00 | 200.00 | DA | 0.00 | FA |
| 17. stock - Pizza Cucina (u) | 0.00 | 20,000.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $468,304.51 | $23,670.47 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/12    Current Projected Date of Final Report (TFR): 09/15/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-28556 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PASSO, JAMES | | Bank Name: | The Bank of New York Mellon |
| | PASSO, ROSA | | Account Number / CD #: | *******3965 Money Market Account |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/17/12 | 17 | Colette Luchetta-Stendel | stock purchase - initial payment DEPOSIT CHECK #22655 | 1229-000 | 2,000.00 | | 2,000.00 |
| 01/25/12 | | Transfer to Acct #*******5395 | Bank Funds Transfer | 9999-000 | | 2,000.00 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 2,000.00 | 2,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,000.00 |
| Subtotal | 2,000.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 2,000.00 | 0.00 |

Page Subtotals  2,000.00  2,000.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 11-28556 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | PASSO, JAMES | | Bank Name: | Congressional Bank |
| | PASSO, ROSA | | Account Number / CD #: | *******5395  Checking Account |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******3965 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 2,000.00 |
| 02/24/12 | 17 | JAMES PASSO | | 1229-000 | 200.00 | | 2,200.00 |
| | | 4N628 BLUE LAKE CIRCLE E | | | | | |
| | | ST. CHARLES, IL  60175 | | | | | |
| 03/10/12 | 17 | JAMES PASSO | | 1229-000 | 200.00 | | 2,400.00 |
| | | 4N628 BLUE LAKE CIRCLE E | | | | | |
| | | ST. CHARLES, IL  60175 | | | | | |
| 04/12/12 | 17 | James A passo | | 1229-000 | 200.00 | | 2,600.00 |
| 05/10/12 | 17 | JAMES PASSO | | 1229-000 | 200.00 | | 2,800.00 |
| | | 4N628 BLUE LAKE CIRCLE E | | | | | |
| | | ST. CHARLES, IL  60175 | | | | | |
| 06/26/12 | 17 | JAMES PASSO | | 1229-000 | 7,200.00 | | 10,000.00 |
| | | 4N628 BLUE LAKE CIRCLE E | | | | | |
| | | ST. CHARLES, IL  60175 | | | | | |
| 11/15/12 | 001001 | JOSEPH R. VOILAND | | 3110-000 | | 1,750.00 | 8,250.00 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 11/15/12 | 001002 | JOSEPH R. VOILAND | | 3120-000 | | 126.36 | 8,123.64 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 11/15/12 | 001003 | Quantum3 Group LLC as agent for | | 7100-000 | | 213.70 | 7,909.94 |
| | | World Financial Network Bank | | | | | |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 11/15/12 | 001004 | American InfoSource LP as agent for | | 7100-000 | | 1,237.85 | 6,672.09 |
| | | Target | | | | | |
| | | PO Box 248866 | | | | | |
| | | Oklahoma City, OK 73124-8866 | | | | | |
| 11/15/12 | 001005 | McMahan & Sigunick, Ltd | | 7100-000 | | 923.54 | 5,748.55 |

Page Subtotals      10,000.00      4,251.45

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-28556 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | PASSO, JAMES | Bank Name: | Congressional Bank |
| | PASSO, ROSA | Account Number / CD #: | *******5395  Checking Account |
| Taxpayer ID No: | *******4940 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bernhard Plumbing | | | | | |
| | | 412 S. Wells Street | | | | | |
| | | Chicago, IL 60607 | | | | | |
| 11/15/12 | 001006 | Capital One Bank (USA), N.A. | | 7100-000 | | 440.77 | 5,307.78 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 11/15/12 | 001007 | Capital One Bank (USA), N.A. | | 7100-000 | | 468.03 | 4,839.75 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 11/15/12 | 001008 | Capital One Bank (USA), N.A. | | 7100-000 | | 610.87 | 4,228.88 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 11/15/12 | 001009 | Illinois Gastroenterology Group | | 7100-000 | | 49.95 | 4,178.93 |
| | | PO Box 7630 | | | | | |
| | | Gurnee, IL 60031 | | | | | |
| 11/15/12 | 001010 | FIA CARD SERVICES, N.A. | | 7100-000 | | 1,986.21 | 2,192.72 |
| | | PO Box 15102 | | | | | |
| | | Wilmington, DE 19886-5102 | | | | | |
| 11/15/12 | 001011 | FIA CARD SERVICES, N.A. | | 7100-000 | | 649.26 | 1,543.46 |
| | | PO Box 15102 | | | | | |
| | | Wilmington, DE 19886-5102 | | | | | |
| 11/15/12 | 001012 | Merrick Bank | | 7100-000 | | 365.39 | 1,178.07 |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 10368 | | | | | |
| | | Greenville, SC 29603-0368 | | | | | |
| 11/15/12 | 001013 | GE Capital Retail Bank | | 7100-000 | | 291.50 | 886.57 |
| | | c/o Recovery Management Systems Corp | | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 11/15/12 | 001014 | WORLD'S FOREMOST BANK | | 7100-000 | | 348.57 | 538.00 |

Page Subtotals      0.00      5,210.55

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2         Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD         Exhibit 9

| Case No: | 11-28556 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PASSO, JAMES | | Bank Name: | Congressional Bank |
| | PASSO, ROSA | | Account Number / CD #: | *******5395 Checking Account |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/15/12 | 001015 | CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68521-2609<br>Nealis & Garrow, P.C.<br>510 South Batavia Avenue<br>Batavia, Illinois 60510 | | 7100-000 | | 440.66 | 97.34 |
| 11/15/12 | 001016 | Nealis & Garrow, P.C.<br>510 South Batavia Avenue<br>Batavia, Illinois 60510 | | 7100-000 | | 37.44 | 59.90 |
| 11/15/12 | 001017 | Nealis & Garrow, P.C.<br>510 South Batavia Avenue<br>Batavia, Illinois 60510 | | 7100-000 | | 59.90 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 2,000.00 | 0.00 | |
| Subtotal | 8,000.00 | 10,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 10,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3965 | 2,000.00 | 0.00 | 0.00 |
| Checking Account - ********5395 | 8,000.00 | 10,000.00 | 0.00 |
| | 10,000.00 | 10,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         538.00

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 11-28556 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | PASSO, JAMES | | Bank Name: | Congressional Bank |
| | PASSO, ROSA | | Account Number / CD #: | *******5395 Checking Account |
| Taxpayer ID No: | *******4940 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*